B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT WESTERN DISTRICT OF TEXAS EL PASO DIVISION | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**TransPecos Foods, L.P.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **01-0702527** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>**2 Spencer Road, Suite 102**<br>**Boerne, TX**<br>ZIP CODE **78006** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Kendell** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>**200 E. Palmer St.**<br>**Pecos, TX**<br>ZIP CODE **79772** | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (4/10)

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s):  **TransPecos Foods, L.P.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**  (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).  **X**_____ Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☑ Yes, and Exhibit C is attached and made a part of this petition.

☐ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)                                                                                     Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):  **TransPecos Foods, L.P.**

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X_____

X_____

Telephone Number (If not represented by attorney)

Date

X_____
**Signature of Attorney\***

Wiley F. James, III                    Bar No. 10554300

James & Haugland, P.C.
P.O. Box 1770
El Paso, Texas 79949-1770

Phone No.**(915) 532-3911**     Fax No.**(915) 541-6440**

6/9/2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**TransPecos Foods, L.P.**

X_____
Signature of Authorized Individual

**Gary Candy**
Printed Name of Authorized Individual

**TPF GP, LLC**
Title of Authorized Individual

6/9/2011
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X_____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address
X_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.1.3.1, ID 4198572994)*

RESOLUTIONS OF THE PARTNERS OF
TRANSPECOS FOODS, L.P.
BY WRITTEN CONSENT

MAY 25, 2011

The undersigned Partners of TransPecos Foods, LP, a Texas limited partnership (the
"Company"), hereby consent to the adoption of the following resolutions, to the same extent and
to have the same force and effect as if adopted by majority vote of the Partners at a duly
convened meeting held for such purposes:

WHEREAS, the Company unsuccessfully sought significant additional investments in
order to continue to operate;

WHEREAS, the Company desires to seek relief under Chapter 11, Title 11 of the United
States Code (the "Bankruptcy Proceedings"), and if necessary to proceed with the orderly
liquidation and dissolution of the Company;

WHEREAS, in connection therewith, the Company has received an offer to purchase a
portion of the Company's assets, which consist of its book of business, inventory, certain
equipment and related assets (the "Assets") for $1,500,000, which offer the Company desires to
accept;

WHEREAS, the Company desires to amend the Third Amended and Restated Limited
Partnership Agreement of the Company (the "Partnership Agreement") to clarify certain
indemnification rights of the General Partner (as defined below) and officers of the Company
and the General Partner.

NOW, THEREFORE BE IT

RESOLVED, that TPF GP, LLC, the Company's General Partner (the "General
Partner"), or its designated representative, is authorized to take any and all actions, and execute
on the Company's behalf all documents, necessary to appropriately effectuate the Bankruptcy
Proceedings; and be it further

RESOLVED, that that certain Asset Purchase Agreement calling for the sale of the
Assets to Monogram Licensing, LLC (or a subsidiary or affiliate thereof) for the purchase price
of $1,500,000 be and hereby is ratified, confirmed and approved in substantially the form as
attached hereto as Exhibit A; and be it further

RESOLVED, that the Partnership Agreement be and hereby is amended and restated to
provide for the advancement of fees in connection with the indemnification of the General
Partner and officers of the Company and the General Partner, as further set forth in the Fourth
Amended and Restated Limited Partnership Agreement (the "Amended Agreement") attached
hereto as Exhibit B, and the Amended Agreement be and hereby is adopted in its entirety and
given full force and effect; and be it further

RESOLVED, the General Partner is authorized to make, execute, and deliver and to receive and accept on behalf of the Company and in its name, such other instruments as it may consider necessary, upon such terms and conditions as may be considered proper in order to carry out the foregoing resolutions; and be it further

RESOLVED, that all actions of the General Partner as it shall have deemed appropriate taken in the name of the Company prior to the date hereof in connection with the foregoing resolutions be, and hereby are, ratified, approved and confirmed as if such actions had been taken on the express prior authorization and direction of the Partners of the Company.

[Signature page follows]

2

IN WITNESS WHEREOF, the undersigned Partners have executed this Consent to be effective as of the date first above written.

GENERAL PARTNER:

TPF GP, LLC

By: _____
      Gary Candy, Manager

LIMITED PARTNERS:

TRANSPECOS APPETIZERS, LLC

By: _____
      William D. Sutherland, VI, Member

MESQUITE AERO, INC.

By: _____
      T.P. Gilmore, President

PRODUCERS AG FINANCE, INC.

By: _____
      Travis Burris, Chairman

G & G LOAN COMPANY

By: _____
      Travis Burris, Chairman

FALCON INTERNATIONAL BANK

By: _____
Name: _____
Its: _____

IN WITNESS WHEREOF, the undersigned Partners have executed this Consent to be effective as of the date first above written.

**GENERAL PARTNER:**

**TPF GP, LLC**

By: _____
      Gary Candy, Manager

**LIMITED PARTNERS:**

**TRANSPECOS APPETIZERS, LLC**

By: _____
      William D. Sutherland, VI, Member

**MESQUITE AERO, INC.**

By: _____
      T.P. Gilmore, President

**PRODUCERS AG FINANCE, INC.**

By: _____
      Travis Burris, Chairman

**G & G LOAN COMPANY**

By: _____
      Travis Burris, Chairman

**FALCON INTERNATIONAL BANK**

By: _____
Name: _____
Its: _____

IN WITNESS WHEREOF, the undersigned Partners have executed this Consent to be effective as of the date first above written.

**GENERAL PARTNER:**

**TPF GP, LLC**

By: _____
      Gary Candy, Manager

**LIMITED PARTNERS:**

**TRANSPECOS APPETIZERS, LLC**

By: _____
      William D. Sutherland, VI, Member

**MESQUITE AERO, INC.**

By: _____
      T.P. Gilmore, President

**PRODUCERS AG FINANCE, INC.**

By: _____
      Travis Burris, Chairman

**G & G LOAN COMPANY**

By: _____
      Travis Burris, Chairman

**FALCON INTERNATIONAL BANK**

By: _____
Name: _____
Its: _____

IN WITNESS WHEREOF, the undersigned Partners have executed this Consent to be effective as of the date first above written.

**GENERAL PARTNER:**

**TPF GP, LLC**

By: _____
      Gary Candy, Manager

**LIMITED PARTNERS:**

**TRANSPECOS APPETIZERS, LLC**

By: _____
      William D. Sutherland, VI, Member

**MESQUITE AERO, INC.**

By: _____
      T.P. Gilmore, President

**PRODUCERS AG FINANCE, INC.**

By: _____
      Travis Burris, Chairman

**G & G LOAN COMPANY**

By: _____
      Travis Burris, Chairman

**FALCON INTERNATIONAL BANK**

By: _____
Name: _____
Its: _____

05/28/2011  23:53 2108249755                    Patrick J. Kennedy                    #0093 P.002/004

SANDS HOLDINGS, LLC

By: _____
Name: _____
Its: _____

_____
Patrick J. Kennedy

_____
Patrick J. Kennedy, Jr.

_____
Adolfo Gutierrez

_____
Jim Kenney

_____
Trey Miller

_____
Travis Burris

4

SANDS HOLDINGS, LLC

By: _____
Name: _____
Its: _____


_____
Patrick J. Kennedy

_____
Patrick J. Kennedy, Jr.


_____
Adolfo Gutierrez


_____
Jim Kenney


_____
Trey Miller


_____
Travis Burris

4

**SANDS HOLDINGS, LLC**

By: _____
Name: _____
Its: _____


_____
Patrick J. Kennedy


_____
Patrick J. Kennedy, Jr.


_____
Adolfo Gutierrez


_____
Jim Kenney


_____
Trey Miller


_____
Travis Burris


4

SANDS HOLDINGS, LLC

By: _____
Name: _____
Its: _____


_____
Patrick J. Kennedy


_____
Patrick J. Kennedy, Jr.


_____
Adolfo Gutierrez


_____
Jim Kenney


_____
Trey Miller


_____
Travis Burris

**SANDS HOLDINGS, LLC**

By: _____
Name: _____
Its: _____


_____
Patrick J. Kennedy


_____
Patrick J. Kennedy, Jr.


_____
Adolfo Gutierrez


_____
Jim Kenney


_____
Trey Miller

_____
Travis Burris


4

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE:   TransPecos Foods, L.P.

CASE NO

CHAPTER   11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept: | $51,039.00 |
| Prior to the filing of this statement I have received: | $51,039.00 |
| Balance Due: | $0.00 |

2. The source of the compensation paid to me was:
   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| 6/9/2011 | |
| Date | Wiley F. James, III |
| | James & Hoagland, P.C. |
| | P.O. Box 1770 |
| | El Paso, Texas 79949-1770 |
| | Phone: (915) 532-3911 / Fax: (915) 541-6440 |

Bar No.  10554300

---

Gary Candy
TPF GP, LLC