B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE: TransPecos Foods, L.P.

Case No.

Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Barker Produce<br>P.O. Box 611<br>Mesilla Park, NM 88047<br>**PACA Claimant** | | Other | | $188,774.00 |
| Newleyweds Foods, Inc.<br>Lock Box 6327<br>Chicago, IL 60680 | | Other | | $122,109.75 |
| Topco<br>P.O. Box 96002<br>Cincinnati, OH 60693 | | Other | | $108,425.85 |
| National Onion, Inc.<br>P.O. Box 7206<br>Las Cruces, NM 88006<br>**PACA Claimant** | | Other | | $105,618.64 |
| TransPecos Banks<br>P.O. Box 2037<br>Pecos, TX 79772 | | Other | | $94,166.48 |
| Agropur, Inc.<br>Bin No. 259<br>Milwaukee, WI 53288 | | Other | | $88,535.16 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE: TransPecos Foods, L.P.                    Case No.

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Daymon Worldwide Design<br>P.O. Box 3801<br>Carol Stream, IL 60132 | | Other | | $81,532.52 |
| Stadium Funding, LLC<br>112 E. Pecan St.<br>San Antonio, TX 78205 | | Other | | $75,000.00 |
| StarTex Power<br>P.O. Box 4802<br>Houston, TX 77210 | | Other | | $68,059.42 |
| DCS Sanitation Management<br>P.O. Box 630448<br>Cincinnati, OH 45263 | | Other | | $64,204.68 |
| DanHil Containers, LLC<br>P.O. Box 61147<br>San Angelo, TX 76906 | | Other | | $59,900.72 |
| ADM Oil<br>P.O. Box 66838<br>St. Louis, MO 63166 | | Other | | $58,074.38 |
| Bybee Foods, LLC<br>P.O. Box 2508<br>Pasco, WA 99302<br>**PACA Claimant** | | Other | | $53,128.65 |

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

IN RE: TransPecos Foods, L.P.   Case No.

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Leprino Foods<br>1830 West 38th Ave.<br>Denver, CO 80211 | | Other | | $51,313.65 |
| Hilbig Services, Inc.<br>P.O. Box 460<br>Schertz, TX 78154 | | Other | Disputed | $43,892.36 |
| Kennedy & Baris<br>112 E. Pecan, #800<br>San Antonio, TX 78205 | | Attorney Fees | | $39,798.16 |
| Employees of Trans Pecos Foods | | Other | | $35,191.00 |
| Rite Stuff Foods, Inc.<br>P.O. Box 447<br>Jerome, ID 83338<br>**PACA Claimant** | | Other | | $31,563.30 |
| Motion Industries, Inc.<br>P.O. Box 849737<br>Dallas, TX 75284 | | Other | | $30,095.51 |
| E-Wolff Sales Solutions<br>3216 NW Avignon Way<br>Bentonville, AR 72712 | | Other | | $28,261.11 |

B4 (Official Form 4) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE: TransPecos Foods, L.P.

Case No.

Chapter 11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the __TPF GP, LLC__ of the __Partnership__ named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 6/9/2011                    Signature: _____
                                              Gary Candy
                                              TPF GP, LLC