**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

IN RE:   TransPecos Foods, L.P.

CASE NO

CHAPTER   11

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  6/9/2011 _____

Signature _____
Gary Candy
TPF GP, LLC

Date _____

Signature _____

1Sync
PO Box 71-3883
Columbus, OH 43271


4B Pecos Economic
Development Foundation
503 S. Cypress
Pecos, TX 79772


A & Sons Welding
P.O. Box 883
Monahans, TX 79756


A-One Manufacturing Co.
549 Evergreen Rd.
Strafford, MO 65757


AA Chemical & Supply
2425 Stafford Blvd.
Pecos, TX 79772


ABJ Equipfix, LLC
202 W. Lucas St.
Castalla, OH 44824


Absolute Fire
P.O. Box 1708
Odessa, TX 79760


ADCO Manufacturing
2170 Academy Ave.
Sanger, CA 93657


ADM Oil
P.O. Box 66838
St. Louis, MO 63166

Advanced Buliding Systems
7262 Remcon Circle
El Paso, TX  79912


AFLAC
1932 Wynnton Rd.
Columbus, GA  31999


Agrocepia
Acusa, LLC
9703 South Dixie Hwy.
Miami, FL  33156


Agropur, Inc.
Bin No. 259
Milwaukee, WI  53288


Ahold Financial Services
3213 Paysphere Circle
Chicago, IL  60674


Ahold U.S.A., Inc.
1385 Hancock St.
Quincy, MA  02169


Airgas Dry Ice
2440 Alamo, SE
Albuquerque, NM  87106


Airgas Specialty PR
6260 I-35 East
Waxahachie, TX  75165


Alkar-Rapidpak, Inc.
4012 Payshere Cr.
Chicago, IL  60674

Allens, Inc.
P.O. Box 678237
Dallas, TX 75267


American Express
P.O. Box 650448
Dallas, TX 75265-0448


American Frozen Food, Inc.
2000 Corporate Ridge
McLean, VA 22102


American Packaging Capital, Inc.
391 Diablo Rd., Suite C
Danville, CA 94526


Amerizon Wireless
P.O. Box 890378
Charlotte, NC 28289-0378


Anchor Claims Management
P.O. Box 819045
Dallas, TX 75381


ANCO
P.O. Box 971269
Dallas, TX 75397


AP Food Sales
7501 Hughes Dr.
Plano, TX 75024


Applied EHS Management
654 Lawson Ave.
Haverton, PA 19083

B&W Enterprises, LLC
4397 Crawford
Abilene, TX 79602

Barker Produce
P.O. Box 611
Mesilla Park, NM 88047
**PACA Claimant**

Barker Produce, Inc.
P.O. Box 611
Mesilla Park, NM 88047

Bi-Lo's Bonus Card
208 Bi-Lo Blvd.
Greenville, SC 29607

Blast, Inc.
16500 E. Truman Rd.
Mail Slot #2
Independence, MO 64050

BLR
141 Mill Rock Rd.
Old Saybrook, CT 06475

Brandon & Clark, Inc.
P.O. Box 3159
Lubbock, TX 79452

Branscomb, P.C.
802 Carancahu
Corpus Christi, TX 78470

Brenntag Southwest, Inc.
P.O. Box 970230
Dallas, TX 75397

Brownlee Hardware, Inc.
131 S. Oak
Pecos, TX  79772


Bug-B-Gone
P.O. Box 12251
Odessa, TX  79768


Bybee Foods, LLC
P.O. Box 2508
Pasco, WA  99302
**PACA Claimant**


Bypack, Inc.
12500 Horseshoe Dr.
New Lenox, IL  60451


C.H. Robinson Worldwide
P.O. Box 9121
Minneapolis, MN  55480


Cambridge, Inc.
105 Goodwill Dr.
Cambridge, MD  21613


Carry Transit
9335 Paysphere Cr.
Chicago, IL  60674


Cenveo
P.O. Box 802035
Chicago, IL  60680


Chemsearch
P.O. Box 971269
Dallas, TX  75397

CIGNA Group Insurance
P.O. Box 13701
Philadelphia, PA  19101


City Bank of Texas
P.O. Box 5060
Lubbock, TX  79408


City of Boerne
P.O. Box 1677
Boerne, TX  78006


City of Pecos - landfill
110 E. 6th Street
Pecos, TX  79772


Cox Smith Matthews, Inc
112 E. Pecan, Suite 1800
San Antonio, TX  78205


CRG Partners Group, LLC
2 Atlantic Ave.
Boston, MA  02110


Custom Muffler
5002 S. Cedar St.
Pecos, TX  79772


D&B
75 Remittance Dr.
Chicago, IL  60675


Danhil Containers
P.O. Box 61147
San Angelo, TX  76906

DanHil Containers, LLC
P.O. Box 61147
San Angelo, TX  76906


David L. Smith & Associates
P.O. Box 515695
Dallas, TX  75251


Daymon Worldwide Design
P.O. Box 3801
Carol Stream, IL  60132


DCS Sanitation Management
P.O. Box 630448
Cincinnati, OH  45263


Dealers Electrical Supply
P.O. Box 2535
Waco, TX  76702


DeLaval
P.O. Box 842642
Kansas City, MO  64180


Dell Marketing, L.P.
c/o Dell USA, L.P.
P.O. Box 676021
Dallas, TX  75267


DF Ingredients, Inc.
11744 Edgewood Ave.
Monona, IA  52159


Direct TV
P.O. Box 60036
Los Angeles, CA  90060-0036

DMH Ingredients
1228 American Way
Libertyville, IL   60048


Donald B. and Ava. K. Otting
102 Spencer Dr.
Boerne, TX   78006


E-Wolff Sales Solutions
3216 NW Avignon Way
Bentonville, AR   72712


ECHO
22168 Network Pl.
Chicago, IL   60673


El Paso Paper Box
222 N. Concepcion
El Paso, TX   79905


Employees of Trans Pecos Foods


Express Information Syst.
P.O. Box 691261
San Antonio, TX   78269


Federal Express
P.O. Box 94515
Palatine, IL   60094


Federated Foodservice
3025 W. Salt Creek
Arlington Heights, IL   60005

FFE Transportation
P.O. Box 671252
Dallas, TX  75267

FHA
101 South Main, Suite 102
Temple, TX  76501

Fidler Marketing
205 NW 66th Street
Oklahoma City, OK  73116

Food Safety Net Services
P.O. Box 1759
San Antonio, TX  78217

Four "P" AC & Heating
446 Deer Run
Mountain, TX  78058

G W Palmer Logistics
P.O. Box 2316
Batesville, AR  72503

General Electric Capital Corp.
1961 Hirst Dr.
Moberly, MO  65270

Global Risk Management
600 Inwood Ave.
Oakdale, MN  55128

Golden Bay
3025 West Salt Creek
Arlinton Heights, IL  60005

Grady's Western Supply
PO Drawer 429
Pecos, TX   79772


Grainger
201 Freedom Dr.
Roanoke, TX   76262


Griffin Oil Co.
3910 S. FM 1788
Midland, TX   79706


Hilbig Services, Inc.
P.O. Box 460
Schertz, TX   78154


Hilgenfeld Brokerage Co.
9102 Cap Mountain
San Antonio, TX   78255


IFM Efector, Inc.
782 Springdale Dr.
Exton, PA   19341


Industrial Insulation
& Sheet Metal
P.O. Box 13450
Odessa, TX   79768


Industrial Refrigeration Systems
18718 Vickers Rd.
Cypress, TX   77433


Industrial Repair Service
2650 Business Dr.
Cumming, GA   30028

Infinity Brokerage Co.
301 Raynolds St.
El Paso, TX  79905


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA  19101-7346


Internal Revenue Service
P. O. Box 21126
Philadelphia, PA  19114


Intralox, LLC
P.O. Box 730367
Dallas, TX  75373


J&R Electric & Construction
P.O. Box 683
Kermit, TX  79745


Jewel Apple
P.O. Box 27
Yakima, WA  98907
**PACA Claimant**


Kennedy & Baris
112 E. Pecan, #800
San Antonio, TX  78205


Kennedy, Baris & Lundy
112 E. Pecan, #800
San Antonio, TX  78205


Kennedy, Toppin & Sutherland, LLP
112 E. Pecan St.
San Antonio, TX  78205

Key Equipment Finance, Inc.
600 Travis St. Suite 1380
Houston, TX  77002


Knight Office Solutions
12961 Park Center
Suite 1470
San Antonio, TX  78216


Lab Safety Supply
P.O. Box 1368
Janesville, WI  53547


LaPorte Tax Office
P.O. Box 1849
LaPorte, TX  77572


LAW Publications
15000 E Beltwood Pk.
Addison, TX  75001


Lenox Food Sales
3004 Jacob Dr.
Wylie, TX  75098


Leprino Foods
1830 West 38th Ave.
Denver, CO  80211


Liberty Labs
3482 Myrtle Ave.
San Diego, CA  92104


Lynch, Chapel & Alsup
300 N. Marienfeld
Midland, TX  79701

Maher Marketing
5225 Katy Freeway, South
Houston, TX  77007


Marketing Management
4717 Fletcher Ave.
Fort Worth, TX  76107


Marlin Leasing Corp.
P.O. Box 13604
Philadelphia, PA  19301-3604


Martin/Baron, Inc.
5454 Second St.
Irwindale, CA  91706


Mayfield Paper Company
Box 3889
San Angelo, TX  76902


McMaster-Carr Supply
P.O. Box 7690
Chicago, IL  60680


Metals, Inc.
P.O. Box 951145
Dallas, TX  75395


Miami Subs
6300 NW 31st Ave.
Ft. Lauderdale, FL  33309


Micros Retail & Manufacturing
33 Pilcher Gate
Nottingham, UK

Millard Refrigerated Services
P.O. Box 2336
Omaha, NE  68102


Motion Industries, Inc.
P.O. Box 849737
Dallas, TX  75284


MPEquipment, Inc.
4012 Paysphere Cr.
Chicago, IL  60674


National Commodity Sale
105 Stone Forest Dr.
Woodstock, GA  30189


National Onion, Inc.
P.O. Box 7206
Las Cruces, NM  88006
**PACA Claimant**


National Onion, Inc.
P.O. Box 7206
Las Cruces, NM  88006


Newleyweds Foods, Inc.
Lock Box 6327
Chicago, IL  60680


Newly Weds Foods
4140 W. Fullerton Ave.
Chicago, IL  60639


Nighthawk Physicians TX, P.A.
P.O. Box 674394
Detroit, MI  48267

NMHG Financial Services
P.O. Box 643749
Pittsburgh, PA  15264


NMHG Financial Services
Its Successors & Assigns
44 Old Ridgbury Rd.
Danbury, CT  06810


Odessa Pumps
P.O. Box 69637
Odessa, TX  79769


Office Depot
P.O. Box 6869020
Des Moines, IA  50368


Office Depot Credit Plan
P.O. Box 9020
Des Moines, IA  50368


Omar Associates
625 N. State Route 4
Omar, OH  44807


Oneok Energy Marketing
P.O. Box 502890
St. Louis, MO  63150


Orkin Pest Control
1506 N. Texas Ave.
Odessa, TX  79761


Palisades International
100 Paragon Dr.
Montvale, NJ  07645

Parts Engineering
3200 Engineering Parts
Alpharetta, GA  30004


Pecos Area Chamber of Commerce
P.O. Box 27
Pecos, TX  79772


Pecos Auto Supply
203 S. Oleander
Pecos, TX  79772


Pecos Tire
P.O. Box 1148
Pecos, TX  79772


Pecos Valley Country Club
P.O. Box 1129
Pecos, TX  79772


Pecos-Barstow-Toyah ISD
School District Tax Office
P.O. Box 806
Pecos, TX  79772


Pendergrast Food Broker
28 Forest Avenue
Lynbrook, NY  11563


Phillip Zeeck, M.D.
P.O. Box 593
Odessa, TX  79760


Pigman Avenue Emergency Physician
PO Box 98665
Las Vegas, NV  89193

Plains Dedicated, LLC
P.O. Box 32230
Amarillo, TX 79120

PPM Technologies
500 E. Illinois
Newberg, OR 97132

Preferred Freezer Svcs-Atlanta
518 Forest Pkwy.
College Park, GA 30349

Preferred Freezer Svcs-Houston
10060 Porter Rd.
LaPorte, TX 77571

Private Label Manufacturers Assoc.
630 Third Ave.
New York, NY 10017

Professional Packaging Systems
P.O. Box 530491
Grand Prairie, TX 75053

Professional Pharmacy
925 Daggett
Pecos, TX 79772

Qqest Asset Management Svcs.
9350 S/ 150 E., #300
Sandy, UT 84070

Qvest
1101 8th Street, Suite 1
Greeley, CO 80631

RDP Loan NMTC #2
2023 S. Federal Ave.
Mason City, IA  50401


Reddy Varadereddy T, M.D.
P.O. Box 4157
Midland, TX  79704


Reeves County
Attn:  Lynn Owens
P.O. Box 2072
Pecos, TX  79772


Reeves County Feed and Supply
1820 Balmorhea Hwy.
Pecos, TX  79772


Reeves County Hospital
2323 Texas Street
Pecos, TX  79772


Reeves County Tax Office
P.O. Box 700
Pecos, TX  79772


Reiser
725 Dedham Street
Canton, MA  02021


Rite Stuff Foods, Inc.
P.O. Box 447
Jerome, ID  83338
**PACA Claimant**


Robert Reiser & Co.
725 Dedham St.
Canton, MA  02021

Rovema
650 Hurricane Shoals
N.W. Lawrence, GA  30045


Rust Lackey Transportation
P.O. Box 1101
Fort Davis, TX  79734


SBS Administrative Services
P.O. Box 3102
Universal City, TX  78148


Schreiber Foods
P.O. Box 905008
Charlotte, NC  28290


SellEthics Marketing Group
941 Matthews Mint Hill Rd.
Matthew, NC  28105


Shaun M. Thompson
1147 Leal St.
San Antonio, TX  78207


Silliker, Inc.
900 Maple Rd.
Homewood, IL  60430


Sims Plastic, Inc.
Box 13380
Odessa, TX  79768


South Mill
P.O. Box 1037
Kennett Square, PA  19348

Southern Champion Tray , LP
P.O. Box 116315
Atlanta, GA 30368


Southern Champion Tray, LP
P.O. Box 116315
Atlanta, GA 30368


Southern Graphic Systems, Inc.
133 Williams Dr.
Ramsey, NJ 07446


Southwest Security Alarms
P.O. Box 281
Balmorhea, TX 79718


Spantech
1115 Cleveland Ave.
Glasgow, KY 42142


Stadium Funding, LLC
112 E. Pecan St.
San Antonio, TX 78205


StarTex Power
P.O. Box 4802
Houston, TX 77210


State Comptroller Public Account
Revenue Acct. Dept.
Bankruptcy Div.
P.O. Box 13528
Austin, TX 78711

Stoneriver Pharmacy Solutions
P.O. Box 504591
St. Louis, MO 63150

Sunbelt Rentals
P.O. Box 409211
Atlanta, GA  40921


Synetra
P.O. Box 12956
Odessa, TX  79768


Texas Gas Service
P.O. Box 31458
El Paso, TX  79931


Texas State ASCS/CCC
P.O. Box 2900
College Station, TX  77841


Texas Tuff Tops
4500 W. Illinois Ave.
Midland, TX  79706


The Stellar Group, Inc.
2900 Hartley Rd.
Jacksonville, FL  32257


Thiel Cheese & Ingredients
N7630 County Hwy. Bb
Hilbert, WI  54129


Third Party Solutions
P.O. Box 504591
St. Louis, MO  63150


TMF Sub CDE I, LLC
320 S.R.L. Thornton Freeeway
Suite 110
Dallas, TX  75203

TMF Sub CDE II, LLC
320 S.R.L. Thornton Freeeway
Suite 110
Dallas, TX  75203


TMF Sub CDE VI, LLC
320 S.R.L. Thornton Freeeway
Suite 110
Dallas, TX  75203


Tom Keim
555 Cordillera Trace
Boerne, TX  78006


Topco
P.O. Box 96002
Cincinnati, OH  60693


Topco Associates, LLC
7711 Gross Point Rd.
Skokie, IL  60077


Total Quality Logistics
P.O. Box 634558
Cincinnati, OH  45263


Town of Pecos City
110 E. 6th Street
Pecos, TX  79772


Trans-Pecos Telecom
1907 W. 3rd.
Pecos, TX  79772


TransPecos Banks
P.O. Box 2037
Pecos, TX  79772

Unifirst Holding, L.P.
P.O. Box 1666
Odesa, TX  79760


United Ribtype Company
P.O. Box 8887
Ft. Wayne, IN  46898


United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216


United States Cold Storage
P.O. Box 952147
Dallas, TX  75395


United States Trustee
P.O. Box 1539
San Antonio, TX 78295


United Vision Logistics
P.O. Box 975356
Dallas, TX  75397


USA, LLC
P.O. Box 150340
Ft. Worth, TX  76108


Value Web
3250 W. Commercial
Ft. Lauderdale, FL  33309


VantagePoint
P.O. Box 540937
Omaha, NE  68154

Verizon Business
P.O. Box 371355
Pittsburgh, PA  15250

Verizon Wireless
P.O. Box 105378
Atlanta, GA  30348

VISTA Solutions, Inc.
P.O. Box 700516
San Antonio, TX  78270

Water Works
2425 Stafford Blvd.
Pecos, TX  79772

Welding Supply of Pecos
173 S. Frontage Road
Pecos, TX  79772

Wells Fargo Financial Leasing
P.O. Box 6434
Carol Stream, IL  60197

Wells Fargo Financial Leasing, Inc.
800 Walnut St.
Des Moines, IA  50309

Wes Adhesives
P.O. Box 1368
Roanoke, TX  76262

West Texas Gas
P.O. Box 3514
Midland, TX  79702

Western Controls
709 N. Royalty Ave.
Odessa, TX  79761


Whataburger Restaurants, L.P.
300 Concord Plaza Dr.
San Antonio, TX  78216


Wilevco, Inc.
10 Fortune Dr.
Billerica, MA  0182-3996


Windstream
P.O. Box 9001908
Louisville, KY  40290


WTG Fuels, Inc.
P.O. Box 3514
Midland, TX  79702


XPEDX
432 Steelhead Way
Boise, Idaho  83704