Expedited hearing shall be held on 6/14/2011 at 11:30 AM in El Paso Courtroom 1. Movant is responsible for notice.

Interim hearing only. Debtor's counsel to immediately provide notice of hearing.

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: June 10, 2011.



H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| TRANSPECOS FOODS, L.P. | § § | Case No. **11-31124** Chapter 11 |
| Debtor. | § | |

### ORDER GRANTING EMERGENCY MOTION FOR EXPEDITED CONSIDERATION OF EMERGENCY MOTION FOR AN INTERIM AND FINAL ORDER (I) AUTHORIZING SECURED POST-PETITION FINANCING, (II) GRANTING SECURITY INTERESTS AND ACCORDING SUPER-PRIORITY ADMINISTRATIVE CLAIM STATUS, (III) AUTHORIZING USE OF CASH COLLATERAL, AND (IV) SCHEDULING FINAL HEARING

On this date came on to be heard, TransPecos Foods, L.P.'s Motion for Expedited Hearing on the on its Emergency Motion for Expedited Consideration of Emergency Motion for An Interim and Final Order (I) Authorizing Secured Post-petition Financing ; (II) Granting Security Interests and According Super-priority Administrative Claim Status; (III) Authorizing Use of Cash Collateral; and (IV) Scheduling a Final Hearing (hereinafter "Motion") filed on the 9th day of June, 2011. After

considering same, the Court finds that the Motion is in the best interest of the creditors and the estate. It is therefore,

**ORDERED, ADJUDGED AND DECREED** that the Motion is hereby GRANTED. It is, further;

**ORDERED, ADJUDGED AND DECREED** that TransPecos Foods, L.P.'s Emergency Motion for Expedited Consideration of Emergency Motion for An Interim and Final Order (I) Authorizing Secured Post-petition Financing; (II) Granting Security Interests and According Super-priority Administrative Claim Status; (III) Authorizing Use of Cash Collateral; and (IV) Scheduling a Final Hearing shall be heard on the above specified date and time in the U.S. Bankruptcy Courtroom located at 8515 Lockheed, El Paso, Texas, 79925.

IT IS SO ORDERED.

# # #

Submitted by:
Wiley F. James, III
James & Haugland, P.C.
P.O. Box 1770, El Paso, TX 79949-1770
(915) 532-3911 Phone
(915) 541-6440 Fax

Upon entry of this Order, please return a copy to the attorney listed above.