TransPecos Foods
Asset Purchase Agreement - Application of Funds Received
June 9, 2011

PACA

| | | |
|---|---|---:|
| | Barker Produce | $ 188,774.00 |
| | Bybee Foods | $ 53,128.65 |
| | Jewel Apple | $ 9,756.80 |
| | National Onion | $ 105,618.64 |
| | Rite Stuff Foods | $ 31,563.30 |
| **Total PACA** | | $ 388,841.39 |

Property Taxes - Personal Property

| | | |
|---|---|---:|
| | Pecos-Barstow-Toyah ISD | $ 249,976.57 |
| | Reeves County | $ 29,342.69 |
| | Town of Pecos City | $ 73,941.60 |
| | Reeves County Hospital District | $ 50,511.62 |
| **Total Property Taxes** | | $ 403,772.48 |

Pecos 4B Economic Development Corportation Assets Sold

| | | |
|---|---|---:|
| | Baggings Forms 2006 & Blender MB-02372 s.s. | $ 60,000.00 |

Recall Escrow Reserve                                $ 75,000.00

City Bank Lubbock - Past Due Loan Amounts

| | | |
|---|---|---:|
| | Loan 3650700 | $ 52,922.76 |
| | Loan 3085349 | $ 25,494.82 |
| | Loan 3085506 | $ 41,728.22 |
| | Loan 3089828 | $ 44,158.24 |
| **Total City Bank Lubbock** | | $ 164,304.04 |

Debtor in Possession Operating Bank Account        $ 159,072.55

**Total Asset Purchase Agreement Estimated Proceeds**   $ 1,250,990.46

---

TransPecos Foods
Sales Proceeds

Gross Inventory - June 9, 2011                     $ 781,271.28

| | | |
|---|---|---:|
| Less: | Aged and Defective Inventory | $ (14,225.74) |
| | Allergen Recall Labeling Inventory | $ (12,112.18) |
| | Defectuve Cowboy Cut Onion Rings | $ (245.21) |
| | Defective Whataburger Onion Rings | $ (3,697.69) |
| Estimated Net Inventory | | $ 750,990.46 |

Book of Business and Equipment                     $ 500,000.00

**Total Asset Purchase Agreement Estimated Proceeds**   $ 1,250,990.46


EXHIBIT 74-2