**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: August 22, 2011.**



_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| TRANSPECOS FOODS, L.P. | § | Case No. 11-31124 |
| | § | Chapter 11 |
| | § | |
| Debtor. | § | |

**FINAL AGREED ORDER GRANTING DEBTOR'S AUTHORITY
TO USE CASH COLLATERAL AND PROVIDING
ADEQUATE PROTECTION TO SECURED CREDITORS**

On June 14, 17 and 29, 2011, the Court held preliminary hearings on the Debtor's Emergency Motion for Interim and Final Orders (1) Authorizing Secured Post-Petition Financing, (II) Granting Security Interests and According Super-Priority Administrative Claim Status, (III) Authorizing Use of Cash Collateral, and (IV) Scheduling Final Hearing (Docket No. 9) (the "Motion"). TransPecos Foods, L.P., (the "Debtor"), City Bank Texas, Lubbock, Texas ("City Bank"), the United States Trustee ("Trustee"), and the Reeves County and Pecos Barstow Toyah ISD ("Taxing Authorities"), each appeared through their respective counsel.

1

Upon completion of the June 14 and 17, 2011 hearings, the parties reached an agreement wherein the Debtor was given interim use of cash collateral (*Agreed Order Granting Debtor's Interim Authority to Use Cash Collateral and Providing Adequate Protection to Secured Creditors and Notice on Final Hearing,* Docket No. 50), ("Interim Cash Collateral Order") which expired on June 29, 2011.

Upon completion of the June 29, 2011 hearing, the parties reached an agreement wherein the Debtor was given interim use of cash collateral (*Second Interim Agreed Order Granting Debtor's Authority to Use Cash Collateral and Providing Adequate Protection to Secured Creditors,* Docket No. 86) ("Second Interim Order") which expires on August 29, 2011. Exhibit "A" to the Second Interim Order outlined a budget of agreed payments by the Debtor wherein $259,998.83 was paid to the Pecos Barstow Toyah ISD and $18,920.03 was paid to the Reeves County Taxing Authorities on July 8, 2011.

In accordance with the Second Interim Order, the Debtor *"requested in writing"* by way of furnishing all past due and current invoices due to PACA Creditors to Secured Creditor City Bank. Upon agreement, payments were allowed and agreed to be made to certain PACA Creditors; $53,128.65 to Bybee Foods; $31,563.30 to Rite Stuff Foods; $105,618.64 to National Onion; and $18,246.00 to Barker Produce on August 15, 2011; and $9,756.08 to Jewel Apple on August 17, 2011. City Bank maintains its objection to the balance of the PACA claims being asserted by Barker Produce, and counsel for the Debtor intends to join issue to resolve the nature, extent and validity of the Barker Produce claims against the balance of the funds held in escrow by filing an appropriate motion or adversary proceeding with the Court.

On August 11, 2011 the Court held a hearing on approval of the Final Order Permitting Use of Cash Collateral, at which the Debtor, City Bank, the Trustee, and RDP 11, LLC ("RDP 11") each appeared through their respective counsel. The Court having considered the Motion

and the terms of the proposed agreement between the parties finds, concludes, and ORDERS:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This matter concerns the administration of these bankruptcy estates including the use of cash collateral and, thus, is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A) and (M).

2. On June 9, 2011 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

3. On June 9, 2011, the Debtor filed the Debtor's Motion requesting that the Court, among other things, approve the interim use of cash collateral and set a hearing on the Debtor's continued use of cash collateral.

4. The Debtor owns and operates a food processing company located in the City of Pecos, Reeves County, Texas, and its principal assets consist of (a) land and building located near Interstate I-20 in Pecos, Texas, (b) inventory used in the food processing business consisting of both raw products such as onions and jalapeño peppers, and finished snack foods consisting of such products as frozen battered onion rings, cheese sticks, and jalapeño "poppers," (c) equipment used in the food processing business, and (d) accounts receivable generated by the food processing business.

5. By virtue of the agreement of the parties, the Court is entering the Final Agreed Order Granting Debtor's Authority to Use Cash Collateral and Providing Adequate Protection to Secured Creditors ("Order") which shall allow the Debtors to use the cash collateral described herein in accordance with the budgets attached to this Order until October 28, 2011, at which time the authority shall expire.

6. The Debtors currently have in their possession the following cash collateral which is subject to liens and security interests asserted by City Bank, liens and security interests asserted by RDP 11, in the order and priority established under applicable state law as it existed

3

on the Petition Date, and certain claims by creditors arising under the Perishable Agricultural Commodities Act ("PACA") (each a "Secured Creditor", and collectively referred to as "Secured Creditors"):

- $443,278.01    [consisting of in depository accounts of the Debtor located at TransPecos Bank, Pecos, Texas, IBC, San Antonio, Texas and Frost National Bank, San Antonio, Texas];
- $383,567.00    [consisting of accounts receivable due from customers of the Debtor and accounts receivable from Great American Appetizers; and
- $163,406.01    [consisting of the proceeds of sale from the inventory, raw materials, etc. set forth in the Interim Order].

The Debtor proposes to account for these proceeds by depositing the operating funds in the Debtor in Possession bank accounts at TransPecos Banks and the inventory sales proceeds of $163,406.01 in Frost Bank. The Debtor shall keep good accounting records for the receipt and disbursement of all funds so as to accurately trace the source and use of the funds from the various sources.

7. The Debtor, City Bank, RDP 11 and the Trustee have agreed and the Court hereby grants the Debtor's interim use of $76,000.00 worth of the cash collateral pledged or allegedly subject to a security interest in favor of City Bank and security interests in favor of RDP 11 as limited by this Order until October 29, 2011. The Debtor's cash uses authorized for the period shall conform to the budget that has been prepared by the Debtor, exchanged with counsel for the Secured Creditors and the representative of the U.S. Trustee's Office, and are appended to this Order as Exhibit "A." Such budget will be used for all purposes associated with this Order and the uses of the cash shown on such projections may exceed any line item in the cash flow projection by not more than ten percent (10%) and the total of cash collateral used during this interim period shall not exceed the total sum of $76,000.00 without the express written consent

4

of the Secured Creditors. The Debtors' may request the consent of the Secured Creditors to exceed the amounts in the budgeted categories or to exceed the total amount of cash collateral authorized by this Order in order to cover extraordinary or unanticipated expenses by written request, and the Secured Creditors shall provide Debtor with a written response to such request within two business days of the receipt of such request from the Debtor. Requests for a variance from the approval granted by this Order should be directed to counsel for the Secured Creditors, who shall attempt to respond promptly to a request.

8. The Debtors shall deposit all of the cash collateral in the Debtor's possession, custody or control and which the Debtor may receive in the future, in accounts in the name of the Debtor, which will be styled as "Debtor in Possession accounts" (the "Cash Collateral Accounts"). The Debtor shall pay out of the Cash Collateral Accounts only the expenses shown on the budget appended to this Order and only by checks written, or withdrawals taken the Cash Collateral Accounts. Debtors are prohibited from withdrawing funds from the Cash Collateral Accounts except to fund the approved expenses as provided for in the budget appended to this Order. The Debtor shall comply with all rules and regulations of the Office of the United States Trustee in connection with the accounts referenced above.

9. As adequate protection of the Secured Creditors' interest in the property, collateral, and cash collateral in accordance with 11 U.S.C. §§ 361 and 363(e) and applicable law, the Secured Creditors' are hereby granted continuing replacement like kind liens and security interests, if any, in all of the property of the estate of the kind presently securing the indebtedness owing to the Secured Creditors in accordance with 11 U.S.C. § 361(2) in the same priority and in the same nature, extent and validity as such liens existed pre-petition. To the extent a lien is created in accounts receivable and assets received, accruing or becoming the Debtor's property on a post-petition basis, such lien shall extend only to protect the Secured

Creditors for the amounts of cash collateral used on a post-petition basis. This Order shall be sufficient and conclusive evidence of the priority, attachment, and validity of all of the replacement liens and security interests of the Secured Creditors granted herein, and the liens granted, created and/or ratified herein shall, by virtue of the filing of a certified copy of this Order in any filing or recording office in any county or state, constitute valid liens without the necessity of creating, filing, recording, or serving any financing statements or other documents that might otherwise be required under federal or state law in any jurisdiction or the taking of any other action to validate the adequate protection replacement liens granted herein to the Secured Creditors in this Order and, in such event, the subject filing or recording officer is authorized to file or record a certified copy of this Order.

10. The granting of the continuing replacement liens in all property of the estate of the kind presently securing the indebtedness owing to the Secured Creditors and the continuing replacement liens in all property of the estates of the kind presently securing the indebtedness owing to that Secured Creditors under this Order shall have no effect on any challenge or objection to the priority, nature, extent, validity, and/or enforceability as to any of the underlying pre-petition liens held by the Secured Creditors which may be raised under applicable state or federal law.

11. The Debtors shall provide a weekly accounting to the Secured Creditors' on their use of the cash collateral, which shall include a summary of all of the Debtor's receipts and disbursements of cash, a report on the status of outstanding accounts receivable and payable, and a report on the inventory on-hand at the food processing facilities. In order to facilitate such weekly reporting, the Debtor, and the Secured Creditors shall agree on a mutually agreeable weekly operating report form for the Debtors to use for the weekly reporting of receipts and disbursements and business operations. Copies of all reports on operations and use of cash

collateral shall be similarly provided to the Office of the United States Trustee contemporaneously with Debtors providing such reports to the Secured Creditors.

12. By agreeing to the terms of this Order, the Secured Creditors, respectively, waive no rights to file or prosecute a motion to lift stay or for other relief, or to assert that they are not adequately protected, and expressly reserve all such rights. Upon reasonable notice given by the Secured Creditors listed herein to the Debtor and the Debtor's counsel, the Debtor shall permit representatives, agents, and/or employees of the Secured Creditors listed herein to have reasonable access to Debtor's business premises and the Debtor's assets for review, appraisal, and inspection of the collateral of the Secured Creditors listed herein, and the Debtor shall cooperate with respect to such reviews, appraisals and inspections.

13. Use of Cash Collateral in the operation of the Debtors' business since the Petition Date and during this bankruptcy proceeding is hereby authorized by virtue of the limited consent by the Secured Creditors herein, pursuant to the applicable provisions of 11 U.S.C. § 363(c) and Bankruptcy Rule 4001(b)(2).

14. If the Debtor defaults, either by exceeding the authorized use of cash collateral as set forth herein or by failing to comply with other provisions of this Order, then such conduct shall be considered a material breach of the Order and shall impact the Debtor's ability to get the Court's authorization for the continued use of cash collateral.

15. The Court finds that notice provided to interested parties and the opportunity for objection to this Order and a hearing thereon is appropriate under the circumstances.

16. Any consent to the use of Cash Collateral by the Secured Creditors shall not be construed as consent to an extension of exclusivity, pursuant to 11 U.S.C. § 1121, nor a waiver of any right, including without limitation the right to seek relief from the automatic stay or seek the appointment of a trustee in the pending bankruptcy case of the Debtor. This Order shall not

be construed as consent by the Debtor to any acceleration of time related to any request for relief from the automatic stay by any Secured Creditor. Likewise, this Order is without prejudice to the Debtor seeking other and further use of cash collateral.

17. The findings of fact and conclusions of law of this Court pursuant to this Order shall be deemed effective upon the entry of this Order. To the extent that such findings may constitute conclusions, and vice versa, they hereby are deemed as such. Such findings are solely for the purpose of this Order.

18. Except as ordered hereby, nothing contained herein shall waive or modify any rights and remedies which the Secured Creditors herein or the Debtor may have at law, in equity, or otherwise, including but not limited to the right to seek a modification of this Order.

19. The Debtor shall continue to maintain, with financially sound and reputable insurance companies, insurance of the kind, covering the pre-petition collateral and in accordance with the pre-petition indebtedness documents (covering such risks in amounts as shall be reasonably satisfactory to the Secured Creditors and shall name the Secured Creditors an additional loss payee thereunder as their interests may appear and to the extent of pre-petition priority), including without limitation insurance covering the pre-petition collateral and such other of the Secured Creditors collateral, if any, as the Secured Creditors may from time to time reasonably request, and, upon such request, deliver evidence of the maintenance of such insurance.

20. The Debtor shall maintain all of the pre-petition collateral and other property in good condition and repair, not commit any waste thereof and make all necessary replacements thereof, and operate the same properly and efficiently. The Debtor shall preserve and maintain all patents, licenses, privileges, franchises, certificates and the like necessary for the operation of its business.

21. Upon reasonable notice, the Secured Creditors and its respective agents shall have access to the Debtor's business premises and to the pre-petition collateral to review, appraise and evaluate the physical condition of the pre-petition collateral once during the period of this Order to inspect and audit the financial records and all other records of the Debtor concerning the operation of the business, for review of the Debtor's overall financial condition, the expenditure of funds generated therefrom, and the accrual of expenses relating thereto, once during the period of this Order. The Debtor shall fully cooperate with the Secured Creditors (in a manner that does not interfere with the conduct of the Debtor's business) regarding such reviews, evaluations, audits, and inspections. However, such right of examination and inspection shall not interfere with the operation of the Debtor's business.

22. The occurrence of any of the following shall constitute an event of default under this Cash Collateral Order, whether with or without notice of any kind to the Debtor: (a) any default, violation or breach of any of the terms of this Cash Collateral Order by the Debtor; (b) the maturity, termination, expiration, or nonrenewal of this Cash Collateral Order; (c) conversion of the Case to a case under Chapter 7 of the Bankruptcy Code; (d) the appointment of a trustee in the Case; (e) the dismissal of the Case; or (f) the entry of any order modifying, reversing, revoking, staying, rescinding, vacating, or amending this Cash Collateral Order without the Secured Creditors' express prior written consent (any of the foregoing events of default being referred to in this Cash Collateral Order, individually, as an "Event of Default" and, collectively, as "Events of Defaults").

23. Upon the occurrence of any Event of Default at all times thereafter, the Secured Creditors shall provide the Debtor with written notice of such default (which shall be accomplished by facsimile or electronic transmission to the Debtor and the Debtor's counsel). If the Debtor has failed to fully and completely cure any such default within five (5) calendar days

after notice of the default, then without any further act, notice or action by the Secured Creditors or any further notice, hearing, act or Order of this Court, the Debtor's authority to use Cash Collateral and any and all obligations of the Secured Creditors under this Cash Collateral Order shall terminate.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that if the Debtor intends to continue to use cash collateral funds, it must file a new Motion Authorizing Use of Cash Collateral and obtain this Court's approval.

# # #

AGREED:

/s/ David R. Langston
David R. Langston; SBN 11923800
Darrell J. Guthrie, SBN: 24007289
MULLIN HOARD & BROWN, L.L.P.
P.O. Box 2585
Lubbock, Texas 79408-2585
Telephone: (806) 765-7491
Facsimile: (806) 765-0553
***Attorneys for City Bank Texas, Lubbock, Texas***


/s/ Wiley F. James
Wiley F. James, III, SBN: 10554300
James & Haugland, P.C.
P.O. Box 1770
El Paso, Texas 79949-1770
Telephone: (915) 532-3911
Facsimile: (915) 541-6440
***Attorneys for the Debtor***


/s/ Kevin M. Epstein
Kevin M. Epstein, SBN: 10554300
615 E. Houston Street, Suite 533
San Antonio, Texas 78205
Telephone: 210-472-4640
Facsimile: 210-472-4679
***Attorney for Office of the United States Trustee***

/s/ Edward M. King
Edward M. King (*pro hac vice*)
FROST BROWN TODD, LLC
400 W. Market St., 32nd Floor
Louisville, KY 40202
Telephone: 502-589-5400
Facsimile: 502-581-1087
***Attorney for RDP 11, LLC***

Trans Pecos Foods, LLP
13 Week Cash Flow Forecast
($ in 000s)

| Week # | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast |
| Week Ending Sun. | | 8/7 | 8/14 | 8/21 | 8/28 | 9/4 | 9/11 | 9/18 | 9/25 | 10/2 | 10/9 | 10/16 | 10/23 | 10/30 |
| **REVENUE** | | | | | | | | | | | | | | |
| Gross Revenue | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| (-) Allowance / Discounts | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **CASHFLOW** | | | | | | | | | | | | | | |
| Receipts | | | | | | | | | | | | | | |
| A/R Collections | $0 | $0 | $0 | $50 | $0 | $50 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Supply Agreement | $0 | $0 | $169 | $9 | $102 | $8 | $164 | $59 | $83 | $22 | $169 | $0 | $0 | $0 |
| Payment by GAA for City Bank Facilities Charge | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Receipts | 0 | 0 | 169 | 59 | 102 | 58 | 164 | 59 | 83 | 22 | 169 | 0 | 0 | 0 |
| Operating Disbursements | | | | | | | | | | | | | | |
| Raw Materials | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Payroll | 0 | 0 | 0 | (66) | 0 | (66) | 0 | (66) | 0 | (66) | 0 | 0 | 0 | 0 |
| Utilities | 0 | 0 | 0 | (18) | (2) | 0 | 0 | (1) | (16) | (2) | (52) | 0 | 0 | 0 |
| Freight | 0 | 0 | 0 | 0 | 0 | 0 | (51) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repairs and Maintenance | 0 | 0 | 0 | (4) | 0 | 0 | (1) | (3) | 0 | (7) | 0 | 0 | 0 | 0 |
| Professional Services | 0 | 0 | 0 | (35) | 0 | 0 | (1) | 0 | 0 | 0 | (13) | 0 | 0 | 0 |
| Equipment and Supplies | 0 | 0 | 0 | 0 | 0 | 0 | (1) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Brokers Commissions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Property Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insurance | 0 | 0 | 0 | (26) | (3) | (3) | 0 | (9) | 0 | (4) | 0 | 0 | 0 | 0 |
| Sanitation | 0 | 0 | 0 | (6) | (6) | (6) | (6) | (6) | (6) | (6) | (6) | 0 | 0 | 0 |
| T&E / Employee Expenses | 0 | 0 | 0 | (1) | 0 | 0 | 0 | (1) | 0 | 0 | (1) | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | (7) | (1) | (4) | (4) | (4) | (4) | (5) | (1) | 0 | 0 | 0 |
| Operating Disbursements | 0 | 0 | 0 | (163) | (9) | (79) | (70) | (90) | (26) | (83) | (73) | 0 | 0 | 0 |
| Operating Cash Flow | 0 | 0 | 169 | (104) | 93 | (21) | 94 | (31) | 57 | (61) | 96 | 0 | 0 | 0 |
| Cumulative Operating Cash Flow | (477) | (477) | (308) | (412) | (319) | (340) | (246) | (277) | (220) | (281) | (185) | (185) | (185) | (185) |
| Non-Operating Disbursements | | | | | | | | | | | | | | |
| Citibank Notes Payable (P&I) | 0 | 0 | (82) | 0 | 0 | (82) | 0 | 0 | 0 | 0 | (82) | 0 | 0 | 0 |
| NMFC Funding Interest Expense | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Debt P&I | 0 | 0 | 0 | (4) | 0 | (7) | 0 | (4) | 0 | (7) | 0 | 0 | 0 | 0 |
| Capital Expenditures | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Payments on Beginning A/P (see line 338) | 0 | 0 | (82) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Operating Disbursements | 0 | 0 | (82) | (4) | 0 | (89) | 0 | (4) | 0 | (7) | (82) | 0 | 0 | 0 |
| Total Disbursements | 0 | 0 | (82) | (167) | (9) | (168) | (70) | (94) | (26) | (90) | (155) | 0 | 0 | 0 |
| Net Cash Flow | 0 | 0 | 87 | (108) | 93 | (110) | 94 | (35) | 57 | (68) | 14 | 0 | 0 | 0 |
| Cumulative Net Cash Flow | (849) | (849) | (762) | (870) | (777) | (887) | (793) | (828) | (771) | (839) | (825) | (825) | (825) | (825) |
| **LIQUIDITY** | | | | | | | | | | | | | | |
| Book Cash | | | | | | | | | | | | | | |
| Beginning Balance | 443 | 443 | 443 | 530 | 422 | 515 | 405 | 499 | 464 | 521 | 453 | 467 | 467 | 467 |
| (+) Net Cash Flow | 0 | 0 | 87 | (108) | 93 | (110) | 94 | (35) | 57 | (68) | 14 | 0 | 0 | 0 |
| Ending Balance | 443 | 443 | 530 | 422 | 515 | 405 | 499 | 464 | 521 | 453 | 467 | 467 | 467 | 467 |
| **A/R ROLLFORWARD** | | | | | | | | | | | | | | |
| A/R | 9 | | | | 30 | | | | | 30 | | | | |
| Beginning Balance | $215 | $215 | $215 | $215 | $165 | $165 | $115 | $115 | $115 | $115 | $115 | $115 | $115 | $115 |
| (+) Sales | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| (-) Receipts | $0 | $0 | $0 | ($50) | $0 | ($50) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| (-) Adjustments | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Ending Balance | 215 | 215 | 215 | 165 | 165 | 115 | 115 | 115 | 115 | 115 | 115 | 115 | 115 | 115 |



EXHIBIT 74

Trans Pecos Foods, LLP

Inputs:
($ in 000s)

| | | 8/1 | 8/8 | 8/15 | 8/22 | 8/29 | 9/5 | 9/12 | 9/19 | 9/26 | 10/3 | 10/10 | 10/17 | 10/24 | 10/31 | 11/8 | 11/15 | 11/22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week # | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| Week Ending Sun | | 8/7 | 8/14 | 8/21 | 8/28 | 9/4 | 9/11 | 9/18 | 9/25 | 10/2 | 10/9 | 10/16 | 10/23 | 10/30 | 11/7 | 11/14 | 11/21 | 11/28 |

**GROSS REVENUE**

| | AV | | | | | | | | | AW | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gross Revenue | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| (-) Allowance / Discounts | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Gross Revenue
| Con Agra - Actual | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Customers - Actual | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Con Agra - Forecast | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Customers - Forecast | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Gross Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Allowance / Discounts (% of Gross Rev): 4.50% each week

Net Revenue
| Con Agra - Actual | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Customers - Actual | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Con Agra - Forecast | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Customers - Forecast | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Net Revenue | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**RECEIPTS**

Receipts
| A/R Collections | $0 | $0 | $50 | $102 | $50 | $164 | $59 | $83 | $22 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Supply Agreement | $0 | $169 | $9 | 0 | $8 | 0 | $59 | 0 | 0 | $169 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Payment by GAA for City Bank Facilities Charge | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Receipts | 0 | 169 | 59 | 102 | 58 | 164 | 59 | 83 | 22 | 169 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

A/R Collections
| Existing Sales A/R Collections | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Con Agra offset for packaging advance | 0 | 0 | 50 | 0 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Future Sales A/R Collections | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| A/R Collections | 0 | 0 | 50 | 0 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Existing Sales A/R Collections: 8/7/11  8/14/11  8/21/11  8/28/11  9/4/11  9/11/11  9/18/11  9/25/11  10/2/11  10/9/11  10/16/11  10/23/11  10/30/11  11/7/11  11/14/11  11/21/11  11/28/11

Net Revenue - Actual
| Con Agra - Actual | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Customers - Actual | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Revenue Haircut due to Prior Collections
| Con Agra - Actual | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Other Customers - Actual | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Revenue Haircut due to Prior Collections | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA | NA |

Adj. Gross Revenue - Actual
| Con Agra - Actual | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other Customers - Actual | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Adj. Gross Revenue - Actual | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

Existing Sales A/R Collections — Days to Pay
| Con Agra - Actual | 21 | | | | | | | | | | | | | | | | |
| Other Customers - Actual | 35 | | | | | | | | | | | | | | | | |
| Existing Sales A/R Collections | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

# Trans Pecos Foods, LLP

*Inputs*
*(S in 000s)*

| | 8/1 | 8/8 | 8/15 | 8/22 | 8/29 | 9/5 | 9/12 | 9/19 | 9/26 | 10/3 | 10/10 | 10/17 | 10/24 | 10/31 | 11/8 | 11/15 | 11/22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week # | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 1 | 2 | 3 | 4 |
| Week Ending Sun | 8/7 | 8/14 | 8/21 | 8/28 | 9/4 | 9/11 | 9/18 | 9/25 | 10/2 | 10/9 | 10/16 | 10/23 | 10/30 | 11/7 | 11/14 | 11/21 | 11/28 |

## OPERATING DISBURSEMENTS

### Operating Disbursements

| | 8/7 | 8/14 | 8/21 | 8/28 | 9/4 | 9/11 | 9/18 | 9/25 | 10/2 | 10/9 | 10/16 | 10/23 | 10/30 | 11/7 | 11/14 | 11/21 | 11/28 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Raw Materials | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Payroll | $0 | $0 | $66 | $0 | $66 | $0 | $66 | $0 | $66 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Utilities | $0 | $0 | $18 | $2 | $0 | $51 | $1 | $16 | $2 | $52 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Freight | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Repairs and Maintenance | $0 | $0 | $4 | $0 | $0 | $1 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Professional Services | $0 | $0 | $35 | $0 | $0 | $11 | $0 | $0 | $0 | $13 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Equipment and Supplies | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Brokers Commissions | $0 | $0 | $0 | $0 | $3 | $0 | $3 | $0 | $4 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Property Taxes | $0 | $0 | $26 | $0 | $3 | $6 | $9 | $6 | $6 | $6 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Insurance | $0 | $0 | $6 | $6 | $0 | $0 | $6 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sanitation | $0 | $0 | $1 | $0 | $0 | $0 | $1 | $0 | $0 | $1 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| T&E / Employee Expenses | $0 | $0 | $7 | $1 | $4 | $1 | $4 | $1 | $5 | $1 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other | $0 | $0 | $0 | $9 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Operating Disbursements | 0 | 0 | 163 | 9 | 79 | 70 | 90 | 26 | 83 | 73 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

### Raw Materials

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Future A/P - Newly Weds | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Future A/P - National Onion | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Future A/P - Barker Onion | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Future A/P - Dan Hill | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Future A/P - Laprino | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Existing A/P - Southern Champion Tray | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Future A/P - Bunge Oil | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Existing A/P - Trega | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Existing A/P - National Onion | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Existing A/P - DF Ingredients | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Existing A/P - Thiel | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Existing A/P RM - Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Raw Materials - Future Sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Raw Materials | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

### Payroll

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Direct Labor | 59 | 54 | 0 | 54 | 0 | 52 | 52 | 54 | 59 | 49 | 48 | 47 | 46 | 49 | 49 | 47 | 46 |
| Direct Labor Payroll Taxes | 13 | 8 | 0 | 8 | 8 | 8 | 8 | 8 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 | 7 |
| Non-Direct Labor | 84 | 84 | 0 | 84 | 0 | 84 | 80 | 83 | 84 | 85 | 86 | 87 | 88 | 86 | 86 | 82 | 83 |
| Non-Direct Labor Payroll Benefits | 12 | 12 | 65 | 12 | 0 | 12 | 12 | 12 | 12 | 13 | 13 | 13 | 13 | 13 | 13 | 13 | 13 |
| Payroll | 0 | 0 | 65 | 0 | 66 | 66 | 66 | 0 | 66 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

### Direct Labor

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pounds Produced (Assume = Pounds Sold) | 234 | 234 | 204 | 234 | 204 | 204 | 204 | 204 | 204 | 204 | 204 | 204 | 204 | 204 | 204 | 204 | 204 |
| Direct Labor $ / Pound | $0.29 | $0.44 | $0.44 | $0.44 | $0.43 | $0.43 | $0.43 | $0.43 | $0.43 | $0.43 | $0.43 | $0.43 | $0.43 | $0.00 | $0.00 | $0.00 | $0.00 |
| Pay Period | 45 | 26 | 28 | 26 | 22 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 27 | 0 | 0 | 0 | 0 |

| 90 | 0 | 0 | 0 | 0 | 53 | 52 | 50 | 49 | 49 | 48 | 47 | 46 | 48 | 48 | 47 | 46 |

### Utilities

| | Electricity | 1st Week | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| StarTex Power | Water | 1st Week | 0 | 0 | 0 | 0 | 50 | 0 | 50 | 0 | 50 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Town of Pecos | Telephones | 3rd Week | 0 | 0 | 15 | 0 | 0 | 0 | 8 | 15 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Verizon | Telephones | Last Week | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Windstream | Telephones | 3rd Week | 0 | 0 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 |
| AT&T - Mobile | Gas | Last Week | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Texas Gas Service | | 1st Week | 0 | 0 | 0 | 0 | 1 | 3 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other (Oneok Energy Marketing) | | | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 2 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Utilities | | | 0 | 0 | 18 | 2 | 0 | 51 | 1 | 16 | 2 | 52 | 0 | 0 | 0 | 0 | 0 | 0 |

### Freight

Excluding $105K of Preferred Freezer

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Existing A/P Freight | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Freight - Future Sales | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Freight | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

### Repairs and Maintenance

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Building R&M | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equipment R&M | 0 | 0 | 4 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Repairs and Maintenance | 0 | 0 | 4 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

### Professional Services

# Trans Pecos Foods, LLP

Inputs
($ in 000s)

| Week # | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending Sun. | 8/7 | 8/14 | 8/21 | 8/28 | 9/4 | 9/11 | 9/18 | 9/25 | 10/2 | 10/9 | 10/16 | 10/23 | 10/30 | 11/7 | 11/14 | 11/21 | 11/28 |
| **Aventine Hill — Accounting/Staffing Co** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Jesse Bigham | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Auditor | 0 | 0 | 23 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Legal Fees | 0 | 0 | 10 | 0 | 0 | 10 | 0 | 0 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Payroll Services | 0 | 0 | 2 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Information Technology | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Professional Services** | 0 | 0 | 35 | 0 | 0 | 11 | 0 | 0 | 0 | 13 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equipment and Supplies | | | | | | | | | | | | | | | | | |
| Materials and Supplies | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Production Equipment | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Equipment and Supplies** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Brokers Commissions | | | | | | | | | | | | | | | | | |
| Broker Commissions | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Brokers Commissions** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Property Taxes | | | | | | | | | | | | | | | | | |
| Pecos City School (PBT Tax Assessor) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Reeves County | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Property Taxes** | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Insurance | | | | | | | | | | | | | | | | | |
| Standard Funding (Wort Commercial Liability, etc | 0 | 0 | 26 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Blue Cross / Blue Shield (Other Insurance) | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Worker's Comp | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Insurance** | 0 | 0 | 26 | 0 | 3 | 0 | 0 | 0 | 4 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Sanitation | | | | | | | | | | | | | | | | | |
| Sanitation (Qvest) | 0 | 0 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Sanitation** | 0 | 0 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 6 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| T&E / Employee Expenses | | | | | | | | | | | | | | | | | |
| Amex | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Travel / Employee Reimbursements | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **T&E / Employee Expenses** | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

# Trans Pecos Foods, LLP

Inputs
($ in 000s)

| | 8/1 | 8/8 | 8/15 | 8/22 | 8/29 | 9/5 | 9/12 | 9/19 | 9/26 | 10/3 | 10/10 | 10/17 | 10/24 | 10/31 | 11/8 | 11/15 | 11/22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week # | 9 8/7 | 10 8/14 | 11 8/21 | 12 8/28 | 13 9/4 | 14 9/11 | 15 9/18 | 16 9/25 | 17 10/2 | 18 10/9 | 19 10/16 | 20 10/23 | 21 10/30 | 18 11/7 | 19 11/14 | 20 11/21 | 21 11/28 |

**Other**

| | Last Week | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| San Antonio Office Rent | | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Federal Express | | 0 | 0 | 0 | 0 | 2 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Equipment Rentals | | 0 | 0 | 6 | 0 | 2 | 0 | 3 | 0 | 2 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Marketing | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Close Down Costs | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Miscellaneous | | 0 | 0 | 1 | 1 | 0 | 1 | 1 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**NON-OPERATING DISBURSEMENTS**

| Non-Operating Disbursements | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Citibank Notes Payable (P&I) | | $0 | $82 | $0 | $0 | $82 | $0 | $0 | $0 | $0 | $82 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| NMTC Funding Interest Expense | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Debt P&I | | 0 | 0 | 4 | 0 | 7 | 0 | 4 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Capital Expenditures | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Payments on Beginning A/P (see line 338) | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Non-Operating Disbursements | | 0 | 82 | 4 | 0 | 89 | 0 | 4 | 4 | 7 | 82 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

**LIQUIDITY**

| Book Cash | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | 443 | 443 | 443 | 530 | 422 | 515 | 405 | 499 | 464 | 521 | 453 | 467 | 467 | 467 | 467 | 467 | 467 | 467 |
| (+) Net Cash Flow | 0 | 0 | 87 | (108) | 93 | (110) | 94 | (35) | 57 | (68) | 14 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending Balance | 443 | 443 | 530 | 422 | 515 | 405 | 499 | 464 | 521 | 453 | 467 | 467 | 467 | 467 | 467 | 467 | 467 | 467 |
| Min. Book Cash Balance | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 2 | 3 | 4 | 4 | 5 | 6 | 4 | 5 | 6 | 7 | 7 |

**DEBT SCHEDULES**

| Principal and Interest Summary | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Citibank Notes Payable (P&I) | | 0 | 0 | 0 | 0 | 0 | 21 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NMTC Funding Interest Expense - Tranche #1 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other Debt P&I | | 0 | 0 | 4 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7 | 7 | 7 | 7 |
| Total | | 0 | 0 | 4 | 0 | 3 | 21 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 7 | 7 | 7 | 7 |

| Debt Outstanding (at Face Value) | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Citibank Notes Payable | 704 | 262 | 262 | 3,282 | 2,845 | 2,845 | 3,252 | 3,252 | 3,228 | 3,206 | 3,188 | 3,188 | 3,176 | 3,142 | | | | |
| Key Equipment - ERP System | 35 | 36 | 33 | 33 | 33 | 33 | 30 | 30 | 30 | 30 | 27 | 27 | 27 | 27 | | | | |
| Reeves County | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | | | | |
| Texas Mezzanine | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | | | | |
| Pecos Economic Development Corp. | 0 | 0 | 0 | 0 | 423 | 423 | 423 | 423 | 421 | 421 | 421 | 421 | 421 | 421 | | | | |
| NMTC Funding #1 (Face Value) | 2,997 | 2,997 | 2,997 | 2,997 | 2,997 | 2,997 | 2,997 | 2,997 | 2,997 | 2,997 | 2,997 | 2,997 | 2,997 | 2,997 | | | | |
| NMTC Funding #2 (Face Value) | 2,734 | 2,734 | 2,734 | 2,734 | 2,734 | 2,734 | 2,734 | 2,734 | 2,734 | 2,734 | 2,734 | 2,734 | 2,734 | 2,734 | | | | |
| Total Debt at Face Value | 7,271 | 6,828 | 6,825 | 10,271 | 9,409 | 9,832 | 10,235 | 10,235 | 10,212 | 10,188 | 10,166 | 10,166 | 10,155 | 10,121 | | | | |

| Citibank - Lubbock #3650700 | Due on 28th | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | 142 | | | 141 | | | | 140 | | | | | | | | | | |
| (+) Additions | 2,618 | 0 | 0 | 2,607 | 0 | 2,595 | 0 | 2,595 | 0 | 2,582 | 0 | 2,582 | 0 | 2,582 | | | | |
| (-) Repayments | (2,618) | 0 | 0 | 0 | 0 | 0 | 0 | (12) | 0 | 0 | 0 | 0 | 0 | (12) | | | | |
| Ending Balance | 0 | 0 | (11) | 2,607 | 2,595 | 2,595 | 2,595 | 2,582 | 2,582 | 2,582 | 2,582 | 2,582 | 2,582 | 2,570 | | | | |
| Cash Interest Rate | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | |
| Cash Interest Expense | 0 | 0 | 14 | 0 | 0 | 0 | 14 | 0 | 0 | 0 | 14 | 0 | 0 | 14 | | | | |
| Monthly P&I Payment | 0 | 0 | 0 | 26 | 0 | 0 | 26 | 0 | 0 | 0 | 26 | 0 | 0 | 26 | | | | |

460632

AV AW

**Trans Pecos Foods, LLP**
Inputs
($ in 000s)

| | | 8/1 | 8/8 | 8/15 | 8/22 | 8/29 | 9/5 | 9/12 | 9/19 | 9/26 | 10/3 | 10/10 | 10/17 | 10/24 | 10/31 | 11/8 | 11/15 | 11/22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week # | | 9 8/7 | 10 8/14 | 11 8/21 | 12 8/28 | 13 9/4 | 14 9/11 | 15 9/18 | 16 9/25 | 17 10/2 | 18 10/9 | 19 10/16 | 20 10/23 | 21 10/30 | 16 11/7 | 19 11/14 | 20 11/21 | 21 11/28 |
| **Citibank - Lubbock #3085506** | Due on 8th | | | | | | | | | | | | | | | | | |
| Beginning Balance | | 442 | | | | | | | | | | | | 389 | | | | |
| (+) Additions | | 0 | 0 | 0 | 0 | 0 | 21 | | | | 20 | | | | (1) | | (21) | (21) |
| (-) Repayments | | (18) | 0 | 0 | 0 | 0 | 0 | | | (1) | 0 | | | 0 | 0 | (21) | 0 | 0 |
| Ending Balance | | 442 | 0 | 0 | 0 | 407 | 407 | 407 | 407 | 407 | 389 | 389 | 389 | (21) | (21) | (21) | (21) |
| Cash Interest Fixed Rate | | 8.00% | 8.00% | 8.00% | 8.00% | 8.00% | 8.00% | 8.00% | 8.00% | 8.00% | 8.00% | 8.00% | 8.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Cash Interest Expense | | 0 | 0 | 0 | 0 | 0 | 427 | 0 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Monthly P&I Payment | | 0 | 0 | 22 | 0 | 21 | 0 | 0 | 21 | 0 | 0 | 0 | 21 | 0 | 0 | 0 | 0 |
| **Citibank - Lubbock #3088928** | Due on 28th | | | | | | | | | | | | | | | | | |
| Beginning Balance | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (1) | | (22) | | | (2) | | | (1) | (1) |
| (+) Additions | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (22) | (22) | (22) | (22) | (22) | 0 | 0 | 0 | 0 |
| (-) Repayments | | 0 | 0 | 22 | 22 | 0 | 0 | 0 | (22) | 0 | 0 | 0 | (44) | 0 | 0 | 0 | (22) | (22) |
| Ending Balance | | 0 | 0 | 22 | 22 | 0 | 0 | 0 | 22 | 0 | (0) | 0 | 22 | (21) | 0 | 0 | 0 | 22 |
| Cash Interest Fixed Rate | | 6.00% | 6.00% | 6.00% | 6.00% | 6.00% | 6.00% | 6.00% | 6.00% | 6.00% | 6.00% | 6.00% | 6.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Cash Interest Expense | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Monthly P&I Payment | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22 | 0 | 0 | 0 | 22 | 0 | 0 | 0 | 22 |
| **Citibank - Lubbock #3085349** | Due on 22nd | | | | | | | | | | | | | | | | | |
| Beginning Balance | | 262 | 262 | 262 | 21 | 250 | 250 | 250 | 20 | 239 | 239 | 239 | 19 | | | (1) | (1) | (13) |
| (+) Additions | | 0 | 0 | 262 | 250 | 250 | 250 | 250 | 250 | 239 | 239 | 239 | 239 | 228 | 0 | 0 | 0 | (13) |
| (-) Repayments | | 0 | 0 | (11) | 0 | 0 | 0 | 0 | (11) | 0 | 0 | 0 | (11) | 0 | 0 | 0 | (13) | 0 |
| Ending Balance | | 262 | 262 | 250 | 250 | 250 | 250 | 250 | 239 | 239 | 239 | 239 | 228 | 228 | 0 | 0 | (13) | (13) |
| Cash Interest Fixed Rate | | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 6.50% | 0.00% | 0.00% | 0.00% | 0.00% |
| Cash Interest Expense | | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 |
| Monthly P&I Payment | | 0 | 0 | 13 | 0 | 0 | 0 | 0 | 13 | 0 | 0 | 0 | 13 | 0 | 0 | 0 | 13 | 0 |
| **Key Equipment - ERP System** | Due on 10th | | | | | | | | | | | | | | | | | |
| Beginning Balance | | 36 | 36 | 36 | 33 | 33 | 8 | 33 | 30 | 30 | 7 | 30 | 27 | 27 | (1) | | | (3) |
| (+) Additions | | 0 | 0 | 0 | 0 | 0 | 33 | 0 | 0 | 0 | 30 | 0 | 0 | 27 | 0 | (3) | (3) | 0 |
| (-) Repayments | | 0 | (3) | 0 | 0 | 0 | (3) | 0 | 0 | (3) | (3) | 0 | 0 | 0 | (3) | 0 | 0 | 0 |
| Ending Balance | | 36 | 33 | 33 | 33 | 33 | 30 | 30 | 30 | 30 | 27 | 27 | 27 | 27 | (3) | (3) | (3) | (3) |
| Cash Interest Fixed Rate | | 8.00% | 8.00% | 8.00% | 8.00% | 8.00% | 8.00% | 8.00% | 8.00% | 8.00% | 8.00% | 8.00% | 8.00% | 8.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Cash Interest Expense | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Monthly P&I Payment | | 0 | 4 | 0 | 0 | 0 | (3) | 0 | 0 | 0 | (3) | 0 | 0 | 4 | 0 | 0 | 0 | 4 |
| **Reeves County** | Annual on 2/18 | | | | | | | | | | | | | | | | | |
| Beginning Balance | | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | | | | |
| (+) Additions | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (-) Repayments | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending Balance | | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 0 | 0 | 0 | 0 |
| Cash Interest Fixed Rate | | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 3.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Cash Interest Expense | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Texas Mezzanine** | [Waiting details from fund] | | | | | | | | | | | | | | | | | |
| Beginning Balance | | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | | | | |
| (+) Additions | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (-) Repayments | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending Balance | | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 300 | 0 | 0 | 0 | 0 |
| Cash Interest Fixed Rate | | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% |
| Cash Interest Expense | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

# Trans Pecos Foods, LLP

Inputs
($ in 000s)

| | | | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | CK | CL | CM | CN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week # | | | | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 18 | 19 | 20 | 21 |
| Week Ending Sun. | | | 8/1 | 8/7 | 8/8 8/14 | 8/15 8/21 | 8/22 8/28 | 8/29 9/4 | 9/5 9/11 | 9/12 9/18 | 9/19 9/25 | 9/26 10/2 | 10/3 10/9 | 10/10 10/16 | 10/17 10/23 | 10/24 10/30 | 10/31 11/7 | 11/8 11/14 | 11/15 11/21 | 11/22 11/28 |

AV / AW

### Pecos Economic Development Corp. Due on 1st

| | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | | 162 | | | | | | | | | 160 | | | | | | | | |
| (+) Additions | 427 | | 427 | 0 | 0 | 0 | 0 | 0 | 423 | 423 | 423 | 423 | 421 | 421 | 421 | 421 | 0 | 0 | 0 | 0 |
| (-) Repayments | | | (427) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | (2) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending Balance | | | 0 | 0 | 0 | 0 | 0 | 423 | 423 | 423 | 423 | 421 | 421 | 421 | 421 | 421 | 0 | 0 | 0 | 0 |
| Cash Interest Fixed Rate | | | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 3.25% | 0.00% | 0.00% | 0.00% | 0.00% |
| Cash Interest Expense | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Monthly P&I Payment | | | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 3 | 0 | 0 | 0 | 3 |

### NMTC Funding #1  4,668,715  Quarterly on 1st

| | C | D | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | CK | CL | CM | CN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | 1,456,285 | | 12,495 | 12,495 | 12,495 | 12,495 | 12,495 | 12,495 | 12,495 | 12,495 | 12,495 | 12,495 | 12,495 | 12,495 | 12,495 | 12,495 | 0 | 0 | 0 | 0 |
| (+) Additions | 4,820,435 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (-) Repayments | 1,540,535 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending Balance | 12,495,000 | | 12,495 | 12,495 | 12,495 | 12,495 | 12,495 | 12,495 | 12,495 | 12,495 | 12,495 | 12,495 | 12,495 | 12,495 | 12,495 | 12,495 | 0 | 0 | 0 | 0 |
| Cash Interest Fixed Rate | | | 3.28% | 3.28% | 3.28% | 3.28% | 3.28% | 3.28% | 3.28% | 3.28% | 3.28% | 3.28% | 3.28% | 3.28% | 3.28% | 3.28% | 0.00% | 0.00% | 0.00% | 0.00% |
| Cash Interest Expense | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Face Value (two smaller notes) | | | 2,997 | 2,997 | 2,997 | 2,997 | 2,997 | 2,997 | 2,997 | 2,997 | 2,997 | 2,997 | 2,997 | 2,997 | 2,997 | 2,997 | 0 | 0 | 0 | 0 |

### NMTC Funding #2  4,259,572  Quarterly on 1st

| | C | D | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | CK | CL | CM | CN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | 1,328,663 | | 11,400 | 11,400 | 11,400 | 11,400 | 11,400 | 11,400 | 11,400 | 11,400 | 11,400 | 11,400 | 11,400 | 11,400 | 11,400 | 11,400 | 0 | 0 | 0 | 0 |
| (+) Additions | 4,486,235 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (-) Repayments | 1,405,530 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending Balance | 11,400,000 | | 11,400 | 11,400 | 11,400 | 11,400 | 11,400 | 11,400 | 11,400 | 11,400 | 11,400 | 11,400 | 11,400 | 11,400 | 11,400 | 11,400 | 0 | 0 | 0 | 0 |
| Cash Interest Fixed Rate | | | 0.70% | 0.70% | 0.70% | 0.70% | 0.70% | 0.70% | 0.70% | 0.70% | 0.70% | 0.70% | 0.70% | 0.70% | 0.70% | 0.70% | 0.00% | 0.00% | 0.00% | 0.00% |
| Cash Interest Expense | | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Face Value (two smaller notes) | | | 2,734 | 2,734 | 2,734 | 2,734 | 2,734 | 2,734 | 2,734 | 2,734 | 2,734 | 2,734 | 2,734 | 2,734 | 2,734 | 2,734 | 0 | 0 | 0 | 0 |

### BORROWING BASE

A/R

| | | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | CK | CL | CM | CN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beginning Balance | | $215 | $215 | $215 | $215 | $165 | $165 | $115 | $115 | $115 | $115 | $115 | $115 | $115 | $115 | $115 | $115 | $115 | $115 |
| (+) Sales | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (-) Receipts | | 0 | 0 | 0 | (50) | 0 | (50) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| (-) Adjustments | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Ending Balance | | 215 | 215 | 215 | 165 | 165 | 115 | 115 | 115 | 115 | 115 | 115 | 115 | 115 | 115 | 115 | 115 | 115 | 115 |

### RESTRUCTURING ITEMS / DISBURSEMENTS

| | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | CK | CL | CM | CN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Vendor Demands | | | | | | | | | | | | | | | | | | |
| Preferred Freezer | | | | | | | | | | | | | | | | | | |
| RDP for NMTC #2 | | | | | | | | | | | | | | | | | | |
| Payment Plans | | | | | | | | | | | | | | | | | | |
| Per worksheet from Lee, less Con Agra and property taxes already provided for elsewhere | 0 | | | | | 0 | | | | 0 | | | | | | | | |
| Refunds | | | | | | | | | | | | | | | | | | |
| Overpayment of fee on NMTC #1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |